In the Matter of the Application of DAVID F. ENGEL and Others for an Order Requiring DAVID WEINTRAUB to Submit Certain Differences between the Parties to Arbitration and Staying David Weintraub from Proceeding in an Action Heretofore Instituted by Him against the Said David F. Engel and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ANTOINETTE M. CONDON, as Limited Ancillary Administratrix, etc., of JAMES D. CONDON, Intestate, Late of Pittsburgh, State of Pennsylvania, v. SIGMUND JANAS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MEYER KRAUSHAAR and Others v. JOSEPH H. HIRSHHORN and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MAURICE JOSEPHBERG and Others v. GINO CAVALLERO, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of BENJAMIN BALISH COMPANY, INCORPORATED, v. CARL I. DINGFELDER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

BILLIE KNITWEAR, INC., v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 714.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE METROPOLITAN SAVINGS BANK v. FRIEND L. TUTTLE, as Executor and Trustee, etc., of ANGELO UBRIACO, Deceased, and Others, Impleaded, etc.— Motion to resettle order of this court entered April 10, 1941, granted. [See 261 App. Div. 1058.] Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

GIACOMO MEDVEDIEFF v. CITIES SERVICE OIL COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ABRAHAM LISSAUER, Suing on Behalf of Himself and All Other Stockholders of INDUSTRIAL ACCEPTANCE CORPORATION Similarly Situated, in the Right and on Behalf of Said INDUSTRIAL ACCEPTANCE CORPORATION and for Its Benefit, v. VERE BROWN and Others, Impleaded with MORRIS PLAN CORPORATION OF AMERICA and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to appellants to answer within five days after service of order on payment of said costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

EVELYN GARFIELD v. JANET C. SAPINSKY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.